IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUDY ROSENBERG, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL LEONARD BOGUSKI, ROBERT MORRIS McALAINE, PAUL ROBERT BURKE, RONALD LEE KING, SCOTT CARTER PENWELL, WILLIAM LLOYD SNYDER III, CHARLES HALL VETTERLEIN, III, EASTERN INSURANCE HOLDINGS, INC.,<br><br>Defendants. | Case No. 5:13-cv-06355-MSG |

## NOTICE OF SETTLEMENT IN PRINCIPLE, STIPULATION FOR STAY AND PROPOSED ORDER

Plaintiff Rudy Rosenberg and the above-named Defendants hereby notify the Court that they have reached a settlement in principle of all claims asserted in this matter and ask the Court to stay this case and all relevant dates and hearings for sixty (60) days while the parties finalize the details of the settlement.

Dated: January 6, 2014 **BONI & ZACK LLC**

By: /s Michael J. Boni
Michael J. Boni (PA 52983)
Joshua D. Snyder (PA 88657)
John E. Sindoni (PA 91729)
15 St. Asaphs Road
Bala Cynwyd, PA  19004
Telephone: (610) 822-0200
Fax:  (610) 822-0206
Email:  mboni@bonizack.com
           jsnyder@bonizack.com
           jsindoni@bonizack.com

*Counsel for Plaintiff Rudy Rosenberg*

**MILBERG LLP**

By: /s Kent A. Bronson
Kent A. Bronson (*Pro Hac Vice*)
Gloria Kui Melwani (*Pro Hac Vice*)
One Pennsylvania Plaza
New York, New York  10119
(212) 594-5300
*Of Counsel for Plaintiff Rudy Rosenberg*

**CONRAD O'BRIEN**

By: /s Andrew S. Gallinaro (with consent)
Louis W. Fryman
Patricia M. Hamill
Andrew S. Gallinaro
1500 Market Street, Suite 3900
Philadelphia, PA  19102-1921
Telephone:  (215) 864-9600
Email:  LFryman@conradobrien.com
　　　　PHamill@conradobrien.com
　　　　AGallinaro@conradobrien.com

*Counsel for Defendants Eastern Insurance Holdings, Inc., Michael L. Boguski, Robert M. McAlaine, Paul R. Burke, Ronald M. King, W. Lloyd Snyder, Charles H. Vetterlein and Scott C. Penwell*

IT IS SO ORDERED.

Date: January __, 2014　　　　　_____
　　　　　　　　　　　　　　　　Hon. Mitchell S. Goldberg, U.S.D.J.

3